MARK G. SALAS, Appellant, v. SHERIFF, CLARK COUNTY, NEVADA, Respondent.

No. 10939

July 26, 1978                                     581 P.2d 865

*Houston & Moran,* Las Vegas, for Appellant.

*Robert List,* Attorney General, Carson City; *George E. Holt,* District Attorney, and *Edward R. Kane,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

The facts in this case are essentially the same as those in Reason v. Sheriff, 94 Nev. 300, 579 P.2d 781 (1978), where we

reversed a district court order denying habeas corpus because the prosecuting attorney did not tender an acceptable explanation for his failure to timely make arrangements for incriminating evidence to be brought to a preliminary examination.

Here, the prosecuting attorney did not tender an acceptable explanation for his failure to have an interpreter present to assist in the examination of the alleged victim of a larceny.

Accordingly, on the authority of *Reason,* we reverse and remand this case to the district court with instructions to grant Mark G. Salas's petition for the writ of habeas corpus. *See also* Salas v. Sheriff, 91 Nev. 802, 543 P.2d 1343 (1975).